TYPE OF HEARING: Rule 40-SRV
CASE NUMBER: 19mj281
MAGISTRATE JUDGE: John F. Anderson
DATE: 6/20/19
TIME: 2:30 pm

EASTERN DISTRICT OF VIRGINIA        TAPE: FTR RECORDER

UNITED STATES OF AMERICA

VS.

Giovany Cantres-Velez

GOVT. ATTY: Jason Trigger / Karolina Klyuchnikova
DEFT'S ATTY: w/out
DUTY AFPD: Geremy Kamens
INTERPRETER/LANGUAGE: Mana Horvath / Spanish

DEFT INFORMED OF RIGHTS, CHARGES, AND PENALTIES ( )
DEFT INFORMED OF THE VIOLATION (S) (X)
COURT TO APPOINT COUNSEL (X)    FPD (X)    CJA ( )    Conflict List ( )

BOND: Deft does not contest identity. Deft request a PC hearing in the charging District. Deft requests to have a DH in this District. Matter set for DH.

Deft remanded

NEXT COURT APPEARANCE: 6/26/19    TIME: 2pm
MSN - DH

10 min